IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| THE UNITED STATES OF AMERICA, Plaintiff, v. SAMER HAZIM MOHAMMED SALIH, Defendant. | ORDER TO CONTINUE SENTENCING Case No. 2:15-cr-00716 Judge: Clark Waddoups |
|---|---|

The Court, having considered the defendant's stipulated motion to continue sentencing, (ECF No. 58) and for good cause appearing, ORDERS:

1. The sentencing hearing set in this matter for July 9, 2018, at 2:00 p.m. is vacated.

2. The matter is now set for sentencing on August 27, 2018, at 3:30 p.m.

Dated this 9th day of July, 2018.

BY THE COURT:

Clark Waddoups
United States District Judge