Milo Steven Marsden (4879)
Adam C. Buck (12043)
**DORSEY & WHITNEY LLP**
111 South Main Street, 21st Floor
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Email: marsden.steve@dorsey.com
       buck.adam@dorsey.com

*Attorneys for Defendant Kaveh Someah*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| OVIVO USA, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>KAVEH SOMEAH, RYAN HOLBROOK, WESTECH ENGINEERING, INC., a Utah Corporation, and WTR ENGINEERING, LLC, a Utah limited liability company,<br><br>    Defendants. | **ORDER GRANTING DEFENDANT KAVEH SOMEAH'S *EX PARTE* MOTION TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT UNDER SEAL**<br><br>Case No. 2:17-cv-00860<br><br>Judge David Sam |

2

Before the Court is Defendant Kaveh Someah's *Ex Parte* Motion to File Reply Memorandum in Support of Motion to Enforce Settlement Under Seal. Having considered the motion and for good cause shown, the Court GRANTS Mr. Someah's Motion and ORDERS that his Reply Memorandum is sealed.

IT IS SO ORDERED.

DATED this 9th day of July, 2018.

_____
District Court Judge