# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Honorable David Sam

COURT REPORTER: None
COURTROOM DEPUTY: Kim Forsgren
INTERPRETER: N/A

DATE: July 16, 2018

CASE NO. 2:17-cv-00860- DS

Oviov USA v. SOMEAH, et al,

Approved By: _____ 7/26/18

## APPEARANCE OF COUNSEL

Pla    Cameron M. Nelson, Esq., Scott M. Petersen, Esq.

Dft    Adam C. Buck, Esq., Jascha K. Clark, Esq., Chad R. Derum, Esq., Jack T. Nelson, Esq., Frederick R. Thaler, Esq.

MATTER SET: Status Report and Scheduling Conf.

DOCKET ENTRY: In chambers conference. Parties represented by counsel. Counsel report on status of settlement and discuss outstanding motions. Plaintiff's Motion for Leave to Amend Complaint and Add Parties (ECF No. 59) is denied. Plaintiff's Motion for Enforcement of Settlement Agreement (ECF No. 58) is taken under advisement. Defendant Someah's Cross Motion to Enforce Settlement Agreement (ECF No. 87) is granted and Court will address issue of what information is confidential for purposes of the Settlement Agreement in due course, if necessary.. Discovery to proceed under WTR Defendants' Proposed Schedule, subject to adjustment of time frames. Counsel for Defendants to prepare proposed order.